AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**Middletown, Delaware 19709** | )<br>)<br>) Case No. 14-164 M<br>)<br>)<br>) |

2014 DEC 16 PH 3:20
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of Delaware
*(identify the person or describe the property to be searched and give its location):*

see ATTACHMENT A

**REDACTED**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

see ATTACHMENT B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  12/24/14 @ 9:57 a.m.
(not to exceed 14 days)

[✓] in the daytime 6:00 a.m. to 10 p.m.   [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_a U.S.M.J._
(name)

[ ] I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* [ ] for _____ days *(not to exceed 30).*
[ ] until, the facts justifying, the later specific date of _____.

Date and time issued: 12/10/14 @ 9:57 a.m.        *Christopher J. Burke*
                                                  Judge's signature

City and state: Wilmington, DE        Honorable Christopher J. Burke
                                       United States Magistrate Judge
                                       *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 15-MJ-0009 | Date and time warrant executed: 12/11/14 - | Copy of warrant and inventory left with: MARY HOBBS |
| Inventory made in the presence of: MARY HOBBS | | |
| Inventory of the property taken and name of any person(s) seized: | | |

RIGID SAW
SNAP ON HAND SAWS
DERRINGER .22 CALIBER PISTOL
GLOCK 19 EMPTY GUN CASE
VARIOUS AMMUNITION
COLT .45 SPECIAL PISTOL
MOSSBERG SG 12g
SMITH & WESSON S/G MODEL 1000
NEW ENGLAND FIREARMS 410g
CONN. VALLEY ARMS 410g
WINCHESTER 30-30 RIFLE
SAVAGE ARMS .410g
SAVAGE ARMS .22

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/16/14

Executing officer's signature

TFO CHRIS POPP
Printed name and title

12/16/14

U.S. Magistrate Judge